IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02424-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

MATTHEW DALE STUART,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 23, 2015.**

    Plaintiff's Motion to Vacate Scheduling Conference [filed April 20, 2015; docket # 50] is **granted**. Defendant has failed to appear in this case; accordingly, the Scheduling Conference currently set for April 28, 2015 is **vacated**.